UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMAHA ROBINSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-749** |
| **LOUISIANA STATE ET AL.** | **SECTION "A" (2)** |

## <u>O R D E R</u>

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation filed by Jamaha Robinson on September 21, 2012, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Jamaha Robinson for issuance of a writ of *habeas corpus* under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 27th day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE
JAY C. ZAINEY